UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSE SANTILLO AVILEZ SORIANO,            CIVIL ACTION
ELVIN ORDONEZ, ODIN MAZARIEGOS,
and ROLANDO ENRIQUE ORTEGA
BARCHONA

VERSUS            NO: 12-2744

GULF COAST LIFT, LLC and DUCKY            SECTION: R
JOHNSON HOUSE MOVERS, INC.

## **JUDGMENT**

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of plaintiffs Jose Santillo Avilez Soriano, Elvin Ordonez, Odin Mazariegos, and Rolando Enrique Ortega Barchona and against defendants Jamie Hewett, C & C Concrete and Masonry, LLC, and C & C Concrete and Masonry Rental, LLC in the following amounts.

### Jose Santillo Avilez Soriano

| | |
|---|---|
| Unpaid Overtime and Minimum Wages | $19,067.62 |
| Liquidated Damages Under the FLSA | $19,067.62 |
| Unpaid Wages | $500 |

| | |
|---|---|
| Penalty Wages Under Louisiana Law | $9,000 |
| *MINUS Settlement Funds Received* | ($16,184.67) |
| TOTAL DAMAGES | $31,450.57 |

**Elvin Ordonez**

| | |
|---|---|
| Unpaid Overtime and Minimum Wages | $13,836.68 |
| Liquidated Damages Under the FLSA | $13,836.68 |
| Unpaid Wages | $350 |
| Penalty Wages Under Louisiana Law | $9000 |
| *MINUS Settlement Funds Received* | ($11,888.70) |
| TOTAL DAMAGES | $25,134.66 |

**Odin Mazariegos**

| | |
|---|---|
| Unpaid Overtime and Minimum Wages | $19,067.62 |
| Liquidated Damages Under the FLSA | $19,067.62 |
| Unpaid Wages | $500 |
| Penalty Wages Under Louisiana Law | $9000 |
| *MINUS Settlement Funds Received* | ($16,184.67) |
| TOTAL DAMAGES | $31,450.57 |

**Rolando Enrique Ortega Barchona**

| | |
|---|---|
| Unpaid Overtime and Minimum Wages | $19,742.58 |
| Liquidated Damages Under the FLSA | $19,742.58 |
| Unpaid Wages | $500 |
| Penalty Wages Under Louisiana Law | $9000 |
| *MINUS Settlement Funds Received* | (<u>$16,798.38</u>) |
| TOTAL DAMAGES | $32,186.78 |

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that plaintiffs' request for costs and attorney fees is granted. The Court awards costs and fees in the following amounts:

| | |
|---|---|
| Costs | $4,989.92 |
| Attorney Fees | $75,500 |
| *MINUS Costs/Fees Received in Settlement* | (<u>$42,943.58</u>) |
| TOTAL COSTS AND ATTORNEY FEES | $37,546.34 |

Defendants Jamie Hewett, C & C Concrete and Masonry, LLC, and C & C Concrete and Masonry Rental, LLC are jointly and severally liable for all damages, costs, and fees awarded by this judgment.

New Orleans, Louisiana, this <u>19th</u> day of January, 2016.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE